# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY GLEN ALLEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. WALKER,<br><br>　　　　　Respondent. | 1:07-cv-01751 DLB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR DISCOVERY<br><br>[Doc. 20] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

　　　Now pending before the Court is Petitioner's motion for discovery, filed on March 17, 2008. (Court Doc. 20.) In his motion, Petitioner appears to argue that he is actually innocent of his conviction for burglary and any procedural default should be excused.

　　　The Court cannot decipher the intent of Petitioner's filing or the relief that he is seeking. To the extent Petitioner is seeking discovery, as the caption of his motion indicates, Petitioner is advised, although discovery is available pursuant to Rule 6, it is only granted at the Court's discretion, and upon a showing of good cause. Bracy v. Gramley, 520 U.S. 899, 904 (1997); McDaniel v. United States Dist. Court (Jones), 127 F.3d 886, 888 (9th Cir. 1997); Jones v. Wood, 114 F.3d 1002, 1009 (9th Cir. 1997); Rule 6(a) of the Rules Governing Section 2254. Good cause is shown "where specific allegations before the court show reason to believe that the petitioner

1 may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief."
2 <u>Bracy v. Gramley</u>, 520 U.S. at 908-09 (citing <u>Harris v. Nelson</u>, 394 U.S. 287 (1969). Discovery
3 will not be allowed so that the petition can "explore [his] case in search of its existence," looking
4 for new constitutional claims. See Rich v. Calderon, 187 F.3d 1064, 1067 (9th Cir. 1999). If
5 good cause is shown, the extent and scope of discovery is within the court's discretion.  <u>See</u>
6 Habeas Rule 6(a). The Court's duty in a habeas proceeding is to determine whether or not
7 petitioner's constitutional rights were violated in the course of the conviction.

      Based on the foregoing, Petitioner's motion for discovery is DENIED.

      IT IS SO ORDERED.

**Dated:**   **September 23, 2008**          /s/ **Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE