# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY GLEN ALLEN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>J. WALKER,<br><br>　　　　　Respondent.<br>_____/ | 1:07-cv-01751 DLB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR EXPANSION OF THE RECORD<br><br>[Doc. 30] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

　　　　On June 16, 2008, Petitioner filed a motion for expansion of the record, and on August 22, 2008, Petitioner submitted a document entitled "EXPANSION OF THE RECORD IN THE INTEREST OF JUSTICE[.]" (Court Docs. 27, 34.)

　　　　Rule 7 of the Rules Governing Habeas Corpus Cases Under Section 2254, amended 2004, provides:

> 　(a) In General.  If the petition is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the petition.  The judge may require that these materials be authenticated.
> 　(b) Types of Materials.  The materials that may be required include letters predating the filing of the petition, documents, exhibits, and answers under oath to written interrogatories propounded by the judge.  Affidavits may also be submitted and considered as part of the record.
> 　(c) Review by the Opposing Party.  The judge must give the party against whom the additional materials are offered an opportunity to admit or deny their correctness.

1

1     Expanding the record allows the court to dispose of some petitions without the necessity
2 of an evidentiary hearing.  <u>See</u> <u>e.g.</u> <u>Williams v. Woodford</u>, 306 F.3d 665, 688-689 (9th Cir. 2002)
3 (expansion of the record is a permissible intermediate step that may avoid the necessity of an
4 expensive and time consuming evidentiary hearing).

5     In his motion to expand the record, it appears that Petitioner is attempting to present
6 evidence to support his claim that he is actually innocent of the burglary for which he was
7 convicted.  However, the Court cannot and will not expand the record on a claim that does not
8 exist in the petition.  Moreover, because the Court has yet to review the merits of Petitioner's
9 pending claims, the Court cannot determine whether expansion of the record is necessary.
10 Accordingly, Petitioner's motion to expand the record is DENIED, and should the Court find the
11 need to expand the record, it will so order.

13     IT IS SO ORDERED.

14     Dated:   **September 23, 2008**                    **/s/ Dennis L. Beck**
                                                                       UNITED STATES MAGISTRATE JUDGE