1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  MARTY GLEN ALLEN,                          1:07-cv-01751 DLB (HC)

10                    Petitioner,              ORDER DENYING PETITIONER'S MOTION
                                               TO AMEND PETITION TO INCLUDE A
11       v.                                    SECTION 1983 CLAIM AND
                                               DISREGARDING MOTION TO SERVE
12  J. WALKER,                                 RESPONDENT

13                    Respondent.              [Docs. 32, 33]

14  _____/

15

16       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to

    the jurisdiction of the United States Magistrate Judge.
18
         On August 18, 2008, Petitioner filed a motion to amend the petition to include a civil
19
    rights claim pursuant to 42 U.S.C. § 1983, challenging a new prison policy, and requests that the
20
    Court serve the motion on Respondent.  (Court Docs. 32, 33.)
21
         A habeas corpus petition is the correct method for a prisoner to challenge the "legality or
22
    duration" of his confinement.  Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991), *quoting*, Preiser
23
    v. Rodriguez, 411 U.S. 475, 485 (1973); Advisory Committee Notes to Rule 1 of the Rules
24
    Governing Section 2254 Cases.   In contrast, a civil rights action pursuant to 42 U.S.C. § 1983 is
25
    the proper method for a prisoner to challenge the conditions of that confinement.   McCarthy v.
26
    Bronson, 500 U.S. 136, 141-42 (1991);  Preiser, 411 U.S. at 499; Badea, 931 F.2d at 574;
27
    Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases.
28

                                              1

1      This instant action is proceeding under section 2254, and Petitioner cannot amend the

2  petition to add claims challenging the conditions of his confinement.  In fact, a review of the

3  Court's docket reflects that Petitioner currently has a section 1983 action pending in this Court.

4  See 2:08-cv-00944-JAM-CMK (PC).  Accordingly, Petitioner's motion to amend the petition,

5  filed August 18, 2008, is DENIED, and Petitioner's request to serve Respondent is

6  DISREGARDED.

7

8

9      IT IS SO ORDERED.

10     **Dated:**   **September 23, 2008**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28